# United States Court of Appeals
### For the First Circuit

No. 23-1891

JOSE ALVAREZ MENDOZA,

Petitioner - Appellant,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; TODD LYONS, Boston Field Office Director, Immigration and Customs Enforcement,

Respondents - Appellees.

### ORDER OF COURT

Entered: February 29, 2024

Appellant is directed to file a response to Appellees' motion to dismiss by 12:00 noon on **Tuesday, March 5, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael J. Wishnie
Kevin Cheng
Jade Chowning
Donald Campbell Lockhart
Christina Parascandola
William C. Silvis
Michael A. Celone
Brian Boynton
Courtney Elizabeth Moran
Mark Sauter
Fizza Batool